UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BRIAN GREEN, *et al.*, | : | Case No. 1:13-cv-841 |
| | : | |
| Plaintiffs, | : | Judge Timothy S. Black |
| | : | |
| vs. | : | |
| | : | |
| BAKEMARK USA, LLC, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER DENYING AS MOOT
DEFENDANTS' MOTION FOR SANCTIONS (Doc. 59)**

This civil action is before the Court on Defendants' motion for sanctions (Doc.

59), and the parties' responsive memoranda (Docs. 77, 91). Defendants move the Court

to sanction Plaintiff for misconduct in connection with this lawsuit. Defendants suggest

that dismissal of the lawsuit is the only appropriate sanction. (Doc. 59 at 3).[1]

The Court recently found that Defendants were entitled to summary judgment with

respect to all of Plaintiff's claims, and the Clerk will enter judgment accordingly. (*See*

Doc. 100). Accordingly, Defendants' motion for sanctions (Doc. 59) is **DENIED as**

**MOOT**.

**IT IS SO ORDERED.**

Date:  1/20/16                                        *s/ Timothy S. Black*
                                                          Timothy S. Black
                                                          United States District Judge

---

[1] Defendants ask the Court to "impose other such relief as it deems just and equitable." (Doc. 59 at 21). Because Defendants have not specifically argued a claim to any other such relief, the Court declines to consider whether lesser sanctions are appropriate.